UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>   v.<br><br>RICCY MABEL CRUZ-ALVAREZ,<br><br>        Defendant. | Case No.  24-cr-00449-VC-1<br><br>**ORDER ON JURY QUESTIONNAIRE**<br>Re: Dkt. Nos. 91, 92, 93, 98, 107 |

Having considered the defendant's objection to the Court's order on the proposed jury questionnaire, the following changes and additions will be made:

Amendments to the Standard Questionnaire

- Questionnaire Cover Sheet: The only purpose of this questionnaire is to determine whether, if selected as a juror, you could fairly ~~and impartially~~ decide this case based solely on the evidence presented at trial and the instructions about the applicable law that will be given by the Court.

- Question 11: What is your occupation **and job title**? (If not currently employed, please name your most recent prior occupation and length of unemployment.)

- Replace Questions 21 and 22 with: **Do you have any strong views about how well the criminal justice system works, including about protections for people accused of crimes or about protections for people who are victims of crimes? Please explain:**

- Question 27: ~~This case is about~~ **In August 2024, the government charged the defendant for knowingly possessing fentanyl, methamphetamine, and cocaine in**

**the Tenderloin neighborhood of San Francisco with the intent to distribute those substances. The defendant is presumed innocent of the charges.**

- Question 28: This trial is scheduled to run from **approximately May 4, 2026, through May 8, 2026**. The Court understands that jury service imposes a burden on jurors but is nonetheless an important civic duty. Is there anything about your health, life circumstances, or upcoming schedule that would make it exceptionally difficult for you to serve as a juror during that time period?

- **Omit** Question 29.

- Question 30: Is there anything about the subject matter of this case, or the points covered in this questionnaire, or anything else, which creates a question in your mind as to whether you can be a fair, objective, and ~~impartial~~ **unbiased** juror in this case?

Supplemental Questions

1. This case involves charges of possession with the intent to distribute or sell fentanyl, methamphetamine, and cocaine. Is there anything about the nature of these charges that could impact your ability to serve as an unbiased juror in this case?

   - Yes __ No __
   - If yes, please explain:

2. Do you have strong feelings about drug laws?

   - Yes __ No __
   - If yes, please explain:

3. Have you, or has anyone close to you, had any experiences with fentanyl, cocaine, methamphetamine, or any other addictive drugs?

   - Yes __ No __
   - If yes, please explain:

4. Does your answer to the prior question affect your ability to serve as an unbiased juror in this case?

- Yes __ No __
- If yes, please explain:

5. Do you have strong views about conditions in the Tenderloin neighborhood and how law enforcement has addressed those conditions that could affect your ability to serve as a juror in this case?

    - Yes __ No __
    - If yes, please explain:

6. The defendant in this case is from Honduras and is not a United States citizen. Do you have strong views about our country's immigration system that could impact your ability to serve as an unbiased juror in this case?

    - Yes __ No __
    - If yes, please explain:

7. What are your trusted sources of news? _____

**IT IS SO ORDERED.**

Dated: April 10, 2026

_____
VINCE CHHABRIA
United States District Judge

3