CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

SOPHIA COOPER (CABN 320373)
E. WISTAR WILSON (CABN 324705)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7108
    FAX: (415) 436-7027
    Sophia.Cooper@usdoj.gov
    Wistar.Wilson@usdoj.gov

Attorneys for United States of America

JODI LINKER (CABN 230273)
Federal Public Defender

ELIZABETH FALK (CABN 215236)
NED SMOCK (CABN 236238)
Assistant Federal Public Defenders

    450 Golden Gate Avenue, Box 36106
    San Francisco, California 94102
    Phone: (415) 436-7700
    Fax: (415) 436-7706
    Elizabeth_Falk@fd.org
    Ned_Smock@fd.org

Counsel for Defendant Riccy Mabel Cruz-Alvarez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:24-CR-00449-VC |
| Plaintiff, | **JOINT FACTUAL TRIAL STIPULATIONS** |
| v. | Trial Date: May 4, 2026 |
| RICCY CRUZ-ALVAREZ, | Trial Time: 10:00 a.m. |
| | Courtroom: 4, 17th Floor |
| Defendant. | Hon. Vince Chhabria |

The United States of America and the defendant Riccy Cruz-Alvarez, by and through counsel, hereby stipulate to the following facts for purposes of trial:

1.    Exhibits 1-7, and 9, were tested by chemists at DEA Western Regional Laboratory.

Exhibit 8 was not tested by DEA Western Regional Laboratory.

2.    Exhibit 1 is fentanyl residue.

3.    Exhibit 2 is a mixture or substance containing a detectable amount of fentanyl. The net weight of Exhibit 2 is 28.3 grams.

4.    Exhibit 3 is methamphetamine hydrochloride, a salt form of methamphetamine. The net

TRIAL STIPULATIONS
3:24-CR-00449-VC

1

weight of Exhibit 3 is approximately 9.3 grams.

5.    Exhibit 4 is a mixture or substance containing a detectable amount of cocaine.  The net weight of Exhibit 4 is 10.814 grams.

6.    Exhibit 5 is a mixture or substance containing a detectable amount of fentanyl.  The net weight of Exhibit 5 is 0.743 grams.

7.    Exhibit 6 is a mixture or substance containing a detectable amount of fentanyl.  The net weight of Exhibit 6 is 138.9 grams.

8.    Exhibit 7 is methamphetamine hydrochloride, a salt form of methamphetamine.  The net weight of Exhibit 7 is approximately 24.5 grams.

9.    Exhibit 9 is heroin.  The net weight of Exhibit 9 is 26.283 grams.

10.    Net weight represents the weight of the substance without packaging.

11.    Fentanyl, methamphetamine, and cocaine are Schedule II controlled substances.  Heroin is a Schedule I controlled substance.

12.    San Francisco, California, is within the Northern District of California.

**IT IS SO STIPULATED.**

DATED:  April 22, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

_/s/_
SOPHIA COOPER
E. WISTAR WILSON
Assistant United States Attorneys

DATED:  April 22, 2026

JODI LINKER
Federal Public Defender

_/s/_
ELIZABETH FALK
NED SMOCK
Counsel for Riccy Cruz-Alvarez

TRIAL STIPULATIONS                                        2
3:24-CR-00449-VC